UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                              Plaintiff,<br><br>         -v.-<br><br>SEAN COMBS et al.,<br><br>                              Defendants. | 24 Civ. 07769 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  Plaintiff initiated this action by filing a Complaint on October 14, 2024.  Plaintiff appears to seek to proceed under a pseudonym, as the Complaint identifies Plaintiff as "Jane Doe."  Pursuant to Rule 6.14(b) of the S.D.N.Y. Electronic Case Filing Rules & Instructions, such a proceeding must be commenced as a miscellaneous case with leave from the Court to proceed using a pseudonym.

  It is hereby ORDERED that this action is dismissed for failure to comply with ECF Rule 6.14(b).  Plaintiff may commence a new action in accordance with that rule.  Plaintiff is referred to the ECF Help Desk and/or the Clerk's Office for procedural assistance in commencing the action.

  The Clerk of Court is directed to close this case.

  SO ORDERED.

Dated: October 15, 2024
   New York, New York

                     *Jennifer H. Rearden*
                     JENNIFER H. REARDEN
                     United States District Judge